# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 27, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160569(55)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

GREAT LAKES CAPITAL FUND FOR
HOUSING LIMITED PARTNERSHIP XII,
      Plaintiff-Appellee,

v

ERWIN COMPANIES, LLC, and
STACY ERWIN OAKES,
      Defendants-Appellants.

_____/

SC: 160569
COA: 349916
Saginaw CC: 18-035570-CB

On order of the Chief Justice, the motion to waive fees is DENIED. The corporate appellant is not eligible for a waiver of fees. MCR 2.002(A)(1). The filing fee shall be paid within 21 days of the date of this order or else the application for leave to appeal will be administratively dismissed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 27, 2019



Clerk